**William Wayne ROARK, Petitioner–Appellant,**

v.

**Warden SMITH, Respondent–Appellee.**

**No. 03-6558.**

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided Aug. 11, 2003.

William Wayne Roark, Appellant Pro Se.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Wayne Roark, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. According-

ly, we affirm because, as noted by the district court, Roark failed to demonstrate that 28 U.S.C. § 2255 (2000) is an inadequate or ineffective remedy. *See In re Vial,* 115 F.3d 1192, 1194 n. 5 (4th Cir.1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*